An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGG JOHNSON,
           Appellant,

vs.

JAMIE JOHNSON,
           Respondent.

No. 67109

FILED

FEB 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant appears to appeal from the district court's rulings that occurred at a hearing, but no written order of the district court's rulings has been entered. Thus, this appeal is premature and we lack jurisdiction over the appeal at this time. *See* NRAP 4(a)(6) (providing that "[a] premature notice of appeal does not divest the district court of jurisdiction" and that this court "may dismiss as premature a notice of appeal filed after the oral pronouncement of a decision or order but before entry of the written judgment or order"); *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 688-89, 747 P.2d 1380, 1381-82 (1987) (explaining that oral rulings are ineffective for appeal purposes and that a written order or judgment must be filed before a district court ruling can be appealed). Appellant may file an

15-04468

appeal after an appealable, written order or judgment is filed.  Because we lack jurisdiction over this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Linda M. Gardner, District Judge
       Gregg Johnson
       Jill K. Whitbeck
       Washoe District Court Clerk